IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert L. Conrad,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-14-00927-PHX-SPL<br><br>**ORDER** |

Petitioner Robert L. Conrad has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 alleging that his trial counsel provided ineffective assistance of counsel, and that his Fourth Amendment rights were violated. (Doc. 1.) Additionally, he has alleged that the trial court should not have allowed his first trial counsel to withdraw, and that the trial court committed error when the court allowed certain exhibits into evidence during the trial. (Doc. 1.) The Honorable David K. Duncan, United States Magistrate Judge, has issued a Report and Recommendation ("R&R") (Doc. 19), which recommends that this Court deny the Petition and dismiss the Petition with prejudice. Petitioner timely objected to the R&R (Doc. 20).

The Court has undertaken an extensive review of the issues presented in the objections. (Doc. 20.) Upon that review, the Court concludes that Magistrate Judge Duncan's recommendations are wholly supported. The Court adopts in whole Judge Duncan's R&R and the underlying reasoning. Accordingly,

**IT IS ORDERED** adopting the R&R (Doc. 19) in full.

**IT IS FURTHER ORDERED** overruling Petitioner's Objections (Doc. 20).

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is **denied** and **dismissed with prejudice**.

**IT IS FURTHER ORDERED** denying a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal upon the Court's conclusion that jurists of reason would not find its assessment of the constitutional claims to be debatable or wrong.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this matter.

Dated this 27th day of June, 2017.

_____
Honorable Steven P. Logan
United States District Judge